UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: METROPOLITAN MORTGAGE & SECURITIES CO., INC, <br><br>                    Debtor. <br> In re: SUMMIT SECURITIES, INC., <br><br>                    Debtor. <br> SUMMIT SECURITIES, INC., and METROPOLITAN MORTGAGE & SECURITIES CO., INC., <br><br>                    Plaintiffs, <br><br>           v. <br><br> HELEN SANDIFUR, <br><br>                    Defendant. | Jointly Administered Under <br> No. 04-00757-W11 <br><br> No. CV-06-0206-FVS <br><br> ORDER OF DISMISSAL |

The parties having stipulated to the dismissal of the above-entitled bankruptcy appeal,

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), this action is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE**.

**DATED** this  14th  day of April, 2008.

                           s/ Fred Van Sickle
                           Fred Van Sickle
                     United States District Judge

ORDER OF DISMISSAL- 1